SO ORDERED.

Dated: April 20, 2010

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

TIFFANY & BOSCO P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-05862

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Annie K. Williams<br>   Debtor.<br>_____<br>US Bank National Association, as Trustee for CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-2<br>   Movant,<br>  vs.<br><br>Annie K. Williams, Debtor, Jill H. Ford, Trustee.<br><br>   Respondents. | No. 2:09-bk-33929-CGC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #24) |

  Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

  IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 24, 2006 and recorded in the office of the Maricopa County Recorder wherein US Bank National Association, as Trustee for CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-2 is the current beneficiary and Annie K. Williams has an interest in, further described as:

> Lot 14, of TRAMONTO PARCEL E-17, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona recorded in Book 573 of Maps, Page 23;
> EXCEPT 1/16th of all oil, gas, other hydrocarbon substances, helium, or other substances of a gaseous nature, coal, metals, minerals, fossils, fertilizer of every name and description, together with all uranium, thorium, or any other material which is or may be determined to be peculiarly essential to the production of fissionable materials whether or not of commercial value, as reserved by the State of Arizona in Patents to said land.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.